In the Matter of MERSCORP, INC., et al., Respondents, v EDWARD P. ROMAINE et al., Appellants, et al., Defendant.

Submitted October 2, 2006; decided October 17, 2006

Motion by Federal National Mortgage Association et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of MERSCORP, INC., et al., Respondents, v EDWARD P. ROMAINE et al., Appellants, et al., Defendant.

Submitted October 2, 2006; decided October 17, 2006

Motion by Mortgage Bankers Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.